NUMBERS 

13-01-268-CR

13-01-269-CR

13-01-271-CR

13-01-272-CR


COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

__________________________________________________________________


ALVARO PARRA , Appellant,


v.



THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 103rd District Court 

of Cameron County, Texas.

___________________________________________________________________



O P I N I O N



Before Justices Dorsey, Rodriguez, and Castillo

Opinion Per Curiam



Appellant, ALVARO PARRA , perfected appeals from judgments entered by the 103rd District Court of Cameron County,
Texas, in cause numbers 99-CR-1735-D, 99-CR-665-D, 99-CR-900-D, and 99-CR-666-D . Appellant has filed a motion
to dismiss the appeals. The motion complies with Tex. R. App. P. 42.2(a).

The Court, having considered the documents on file and appellant's motion to dismiss the appeals, is of the opinion that
appellant's motion to dismiss the appeals should be granted. Appellant's motion to dismiss the appeals is granted, and the
appeals are hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 21st day of February, 2002 .